**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daryl Scheifla,<br><br>        Plaintiff,<br><br>v.<br><br>Harbor Frieght Tools USA Incorporated, et al.,<br><br>        Defendants. | No. CV-17-00178-PHX-ESW<br><br>**ORDER** |

Pending before the Court is a Stipulation for Dismissal with Prejudice indicating that the parties stipulate that "all Plaintiffs' [sic] claims against Defendant Harbor Frieght [sic] Tools be dismissed with prejudice, each of those parties to bear their own costs and attorneys' fees and with no right of appeal." (Doc. 27). All parties voluntarily consented to the undersigned Magistrate Judge conducting all proceedings pursuant to 28 U.S.C.§ 636(c). (Doc. 8). For good cause shown,

**IT IS ORDERED** granting the Stipulation for Dismissal with Prejudice (Doc. 27) as to Defendant Harbor Freight.

**IT IS FURTHER ORDERED** dismissing with prejudice all Plaintiff's claims filed against Defendant Harbor Freight, each party to bear his/its own attorneys' fees and costs with no right of appeal.

**IT IS FURTHER ORDERED** that within fourteen days from the date of this Order, Plaintiff shall either (i) file a Notice of Voluntary Dismissal pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A) with respect to Defendants John Does I-X, Jane Does I-X, Black Corporations I-X, and White Limited Partnerships I-X or (ii) file a Notice of Substitution that provides the actual names of Defendants John Does I-X, Jane Does I-X, Black Corporations I-X, and White Limited Partnerships I-X.

Dated this 15th day of May, 2018.

_____
Eileen S. Willett
United States Magistrate Judge